**FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000803
17-APR-2020
07:59 AM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

MAKILA LAND CO., LLC, Plaintiff-Appellant, vs.
HEIRS OR ASSIGNS OF APAA (k), et al., Defendants-Appellees

CAAP-17-0000803

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 02-1-0107(2))

APRIL 17, 2020

FUJISE, PRESIDING JUDGE, LEONARD AND CHAN, JJ.

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,
filed on April 6, 2020, is hereby corrected at page 29, line 10
from bottom, as follows:

Insert the letter "e" after the okina in the
word "Ke'aumoku" so that the sentence now reads:

Does J. Ke'eaumoku Kapu have an interest in

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, April 17, 2020.

/s/ Katherine G. Leonard
Associate Judge